UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Tommye White v. Bayer HealthCare Pharmaceuticals, Inc., et al.*          No. 3:12-cv-10059-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Defendant's Motion to Dismiss with Prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of Dismissal with Prejudice entered on May 20, 2013, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
       **Deputy Clerk**

Dated:  May 21, 2013

Digitally signed by
David R. Herndon
Date: 2013.05.21
13:18:08 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT